Andrew T. Archer, Esquire
175 Richey Avenue
Collingswood, NJ  08107
(856) 963-5000
Attorney for Debtor(s)
005272008

|  |  |
|---|---|
| In Re: | : Bankruptcy Division<br>: United States Bankruptcy Court<br>: District of New Jersey<br>: Bankruptcy No. 17-29506 (ABA)<br>:<br>: Chapter 13<br>: |
| Francie Pagell,<br><br>           Debtors. | :<br>:<br>:<br>: |

# OPPOSITION TO APPLICATION FOR
# EARLY TERMINATION OF LOSS MITIGATION PERIOD

      I, Franice Pagell, debtor in this case, submit this Opposition to my mortgage company's application for early termination of loss mitigation period.

1. I am fully familiar with the facts set forth below.
2. I have been having technical difficulties getting my son's proof of income to my attorney's office.
3. My loan was denied due to lack of income and my son is contributing income to our household.
4. He is providing proof of his income to my attorney's office today and my attorney's office will appeal the denial of the loan modification.
5. I am respectfully requesting to be allowed to stay in the loss mitigation program.

      I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: May 29, 2018

                                                                    /s/ Francie Pagell
                                                                    Debtor