Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 17−29506−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francie Pagell
   45 Washington Ave
   Collingswood, NJ 08108

Social Security No.:
   xxx−xx−3620

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

   Please be advised that on June 12, 2018, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 54 − 50
Order Granting Application for Early Termination of Loss Mitigation (Related Doc # 50). Loss Mitigation Period Terminated: 6/12/18. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/12/2018. (bc)

   Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.


Dated: June 12, 2018
JAN: bc

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Francie Pagell  
    Debtor

Case No. 17-29506-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 12, 2018  
                  Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.  
lm          +Specialized Loan Servicing,   8742 Lucent Boulevard,   Suite 300,   Littleton, CO 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:  
           Andrew Thomas Archer    on behalf of Debtor Francie  Pagell aarcher@brennerlawoffice.com,  
            bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
           Brad J. Spiller    on behalf of Debtor Francie  Pagell bankruptcy@brennerlawoffice.com,  
            aarcher@brennerlawoffice.com  
           Denise E. Carlon    on behalf of Creditor   U.S. ROF IV Legal Title Trust 2015-1 et al...  
            dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
           Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,  
            summarymail@standingtrustee.com  
           Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation  
            bankruptcy@friedmanvartolo.com  
           Rebecca Ann Solarz    on behalf of Creditor   U.S. ROF IV Legal Title Trust 2015-1, By U.S. Bank  
            National Association, As Legal Title Trustee rsolarz@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                         TOTAL: 8