UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
212-471-5100
bankruptcy@friedmanvartolo.com

In Re:

Francie Pagell

Case No.: 17-29506

Chapter: 13

Judge: ABA

**Order Filed on June 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: June 12, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____10/17/2017_____ :

Property: _____45 Washington Avenue, Collingswood, NJ 08108_____

Creditor: _____SN Servicing Corporation_____

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by _____,
  and for good cause shown

- ☒ Early Termination of the Loss Mitigation Period having been filed by ___Secured Creditor___,
  and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____Immediately_____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-29506-ABA
Francie Pagell                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1             Date Rcvd: Jun 12, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.
db            +Francie Pagell,    45 Washington Ave,    Collingswood, NJ 08108-3724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:
     Andrew Thomas Archer    on behalf of Debtor Francie  Pagell aarcher@brennerlawoffice.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
     Brad J. Spiller    on behalf of Debtor Francie  Pagell bankruptcy@brennerlawoffice.com, aarcher@brennerlawoffice.com
     Denise E. Carlon    on behalf of Creditor   U.S. ROF IV Legal Title Trust 2015-1 et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
     Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
     Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
     Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation bankruptcy@friedmanvartolo.com
     Rebecca Ann Solarz    on behalf of Creditor   U.S. ROF IV Legal Title Trust 2015-1, By U.S. Bank National Association, As Legal Title Trustee rsolarz@kmllawgroup.com
     U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 8