Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17−29506−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Francie Pagell
    45 Washington Ave
    Collingswood, NJ 08108

Social Security No.:
    xxx−xx−3620

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/19/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 20, 2018
JAN: ml

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-29506-ABA
Francie Pagell                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2             Date Rcvd: Jun 20, 2018
                              Form ID: 148             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 22, 2018.
db          +Francie Pagell,    45 Washington Ave,    Collingswood, NJ 08108-3724
cr          +SN Servicing Corporation,    Friedman Vartolo LLP,    85 Broad Street,    Suite 501,
              New York, NY 10004-1734
lm          +Specialized Loan Servicing,    8742 Lucent Boulevard,    Suite 300,    Littleton, CO 80129-2386
517114627   +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
              Saint Louis, MO 63179-0040
517279542   +Directv, LLC,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
517114629   +Eos Cca,    700 Longwater Dr,    Norwell, MA 02061-1624
517114632   +Philadelphia Fed Cr Un,    12800 Townsend Rd,    Philadelphia, PA 19154-1095
517087314   +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Ste 900,    Mount Laurel, NJ 08054-4318
517087315   +Specialized Loan Servicing,    8742 Lucent Blvd # 300,    Littleton, CO 80129-2386
517224872   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
517224873   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517114635   +Specialized Loan Servicing/SLS,    Attn: Bankruptcy,    Po Box 636005,    Littleton, CO 80163-6005
517107095   +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517114637   +William Pagell,    45 Washington Ave,    Collingswood, NJ 08108-3724

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jun 21 2018 00:04:59      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 21 2018 00:04:56      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517273632   +E-mail/Text: bncmail@w-legal.com Jun 21 2018 00:05:08      Altair OH XIII, LLC,
              C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517114628   +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Jun 21 2018 00:05:29
              Comcast Bankruptcy Department,    Attn: Jackie Gaynor,    401 White Horse Rd Ste 2,
              Voorhees, NJ 08043-2604
517114630   +E-mail/Text: bknotice@ercbpo.com Jun 21 2018 00:05:05      ERC/Enhanced Recovery Corp,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
517114631   +EDI: IRS.COM Jun 21 2018 03:33:00      Internal Revenue Service,
              Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
517114634   +E-mail/Text: bankruptcy@pseg.com Jun 21 2018 00:03:54      PSE&G,    Attn: Bankruptcy Dept,
              PO Box 490,    Cranford, NJ 07016-0490
517338992   +E-mail/Text: bknotices@snsc.com Jun 21 2018 00:05:47      US Bank Trust National Association,
              c/o SN Servicing Corporation,    323 5th Street,    Eureka CA 95501,
              US Bank Trust National Association,    c/o SN Servicing Corporation 95501-0305
517338991   +E-mail/Text: bknotices@snsc.com Jun 21 2018 00:05:47      US Bank Trust National Association,
              c/o SN Servicing Corporation,    323 5th Street,    Eureka CA 95501-0305
517114636   +EDI: VERIZONCOMB.COM Jun 21 2018 03:33:00      Verizon,    500 Technology Dr,    Suite 500,
              Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way,    Suite 900,    Mount Laurel, NJ 08054-4318
517114633*  +Pluese, Becker & Saltzman, LLC,    20000 Horizon Way, Ste 900,    Mount Laurel, NJ 08054-4318
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jun 20, 2018
                              Form ID: 148             Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 20, 2018 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Francie  Pagell aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Brad J. Spiller    on behalf of Debtor Francie  Pagell bankruptcy@brennerlawoffice.com,
               aarcher@brennerlawoffice.com
              Denise E. Carlon    on behalf of Creditor   U.S. ROF IV Legal Title Trust 2015-1 et al...
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation
               bankruptcy@friedmanvartolo.com
              Rebecca Ann Solarz    on behalf of Creditor   U.S. ROF IV Legal Title Trust 2015-1, By U.S. Bank
               National Association, As Legal Title Trustee rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8
```